# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 6, 2011

142651

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

2841 COCHRANE LLC,
     Plaintiff/Counter-Defendant-Appellee,

v

ROSLYN D. PEOPLES,
     Defendant/Counter-Plaintiff-Appellant.

SC: 142651
COA: 298701
Wayne CC: 08-106583-CZ

_____/

On order of the Court, the application for leave to appeal the January 13, 2011 order of the Court of Appeals is considered and, pursuant to MCR 7.302(H)(1), in lieu of granting leave to appeal, we REMAND this case to the Court of Appeals for consideration as on leave granted.

ZAHRA, J., did not participate because he was on the Court of Appeals panel.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 6, 2011

_____
Clerk

h0829